NAOMI CHUNG (CSBN 283743)
Hickey & Chung, LLP
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 942-9000
Facsimile: (415) 484-7054
chung@defender.law

BRENDAN M. HICKEY (CSBN 261794)
Hickey & Chung, LLP
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 942-9000
Facsimile: (415) 484-7054
hickey@defender.law

MARIA GUERRA (CSBN 336479)
Hickey & Chung, LLP
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 942-9000
Facsimile: (415) 484-7054
guerra@defender.law

Attorneys for Defendant
COLIN LIANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-20-321-EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DECEMBER 8, 2021 SENTENCING HEARING TO DECEMBER 15, 2021** |
| v. | |
| YONG HENG LIANG, a/k/a COLIN LIANG | |
| Defendant. | |

On May 26, 2021, defendant Yong Heng Liang a/k/a Colin Liang pled guilty to Count One of the Indictment pursuant to a plea agreement. The parties are currently scheduled to appear for a sentencing hearing on December 8, 2021.  Mr. Liang, through undersigned counsel, together with the government hereby move this Court for an order continuing the sentencing hearing to December 15, 2021.

Both defense counsel and government are continuing to gather information that is relevant to Mr. Liang's sentencing exposure and the restitution figures for the shipping companies.  Both parties require additional time to complete these preparations, which will also assist the Court in making its sentencing determination.  Accordingly, with the Court's permission, the parties stipulate that the sentencing hearing scheduled for December 8, 2021, should be continued to December 15, 2021.

IT IS SO STIPULATED.

Respectfully submitted,

DATED:  November 12, 2021

/s/
NAOMI CHUNG
Counsel for Colin Liang

DATED:  November 12, 2021

/s/
COLIN SAMPSON
Assistant United States Attorney

## **[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, **IT IS HEREBY ORDERED** that the sentencing hearing scheduled for December 8, 2021, is vacated, and shall now take place on December 15, 2021.

DATED: _____

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE