STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

BENJAMIN KINGSLEY (CABN 314192)
COLIN C. SAMPSON (CABN 249784)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6937
    FAX: (415) 436-7234
    Benjamin.Kingsley@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO CR 20-321 EMC |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING AND [PROPOSED] ORDER |
| v. | |
| YONG HENG LIANG, a/k/a Colin Liang, | |
| Defendant. | |

On May 26, 2021, defendant Yong Heng Liang a/k/a Colin Liang pleaded guilty to Count One of the Indictment pursuant to a plea agreement with the government.  Sentencing for defendant is currently set for December 15, 2021, at 2:30 p.m.  However, lead government counsel, AUSA Sampson, will be on extended leave and thus unavailable on December 15, 2021.  To ensure the availability of lead

//
//
//
//

1    government counsel, the parties jointly request that the sentencing hearing be continued until February

2    10, 2022, at 9:00 a.m.

3        IT IS SO STIPULATED.

4    DATED: December 8, 2021                  /s/

                                    BENJAMIN KINGSLEY

5                                     COLIN C. SAMPSON

                                    Assistant United States Attorneys

6

7                                  /s/

                                    NAOMI CHUNG

8                                    BRENDAN HICKEY

                                    MARIA GUERRA

9                                    Counsel for Defendant Yong Heng Liang

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER

2

The sentencing hearing scheduled for December 15, 2021 at 2:30 p.m. is continued until

3

February 10, 2022, at 9:00 a.m.

4

IT IS SO ORDERED.

5

6

DATED:_____

7

_____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28