NAOMI CHUNG (CSBN 283743)
Hickey & Chung, LLP
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 942-9000
Facsimile: (415) 484-7054
chung@defender.law

BRENDAN M. HICKEY (CSBN 261794)
Hickey & Chung, LLP
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: (415) 942-9000
Facsimile: (415) 484-7054
hickey@defender.law

Attorneys for Defendant
COLIN LIANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> YONG HENG LIANG, a/k/a COLIN LIANG <br><br> Defendant. | No. CR-20-321-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER TO DEPOSIT FUNDS INTO THE COURT'S REGISTRY** |

Plaintiff United States of America and Defendant Yong Heng Liang, a/k/a Colin Liang ("Defendant"), by and through their respective counsel, hereby stipulate and agree as follows:

1. Defendant is indebted to the United States in the amount of $536,899 for false claims pursuant to a plea agreement filed with the court on May 26, 2021, in the United States District Court for the Northern District of California in the above-captioned mater. *See* Dkt No. 64.

2. Defendant has provided funds in the amount of $536,899 to defense counsel for the

STIPULATION AND PROPOSED ORDER
CR-20-321-EMC                                    1

purpose of satisfaction of his restitution obligation to the United States.  Defendant and defense counsel would like to deposit these funds into the court's registry prior to sentencing.

      3.    The parties agree and stipulate that the proposed order is appropriate in that it will allow for deposit of restitution funds in the court's registry prior to sentencing.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: March 3, 2022

/s/_____
NAOMI CHUNG
BRENDAN HICKEY
Counsel for Colin Liang

DATED: March 3, 2022

/s/_____
COLIN SAMPSON
Assistant United States Attorney

**[PROPOSED] ORDER**

The Court, having considered the Stipulation Regarding Payment of Criminal Monetary Penalties, the Stipulation having been executed by the United States and defendant's counsel, and good cause appearing, hereby ORDERS as follows:

1. The Stipulation is APPROVED; and

2. The Clerk of the Court for the Northern District of California shall accept from the defendant either a check, cashier's check, money order or a wire transfer in the amount of $536,899. Any check or money order shall be made payable to "United States District Court." Any wire transfer shall be conducted pursuant to any instructions provided by the Clerk of Court to the parties.

3. The Clerk of Court shall hold such funds in the Clerk's Registry, including interest earned thereon, pending the further order of this Court.

IT IS SO ORDERED.

DATED: _____

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE